UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-60031-CIV-TORRES

CONSENT CASE

ANNA BALU,

    Plaintiff,

vs.

COSTA CROCIERE S.p.A,
COMPANY,

    Defendant.
_____/

**FINAL JUDGMENT**

    This matter is before the Court following trial held in this action and the Jury's verdict entered on this date [D.E. 140], together with the record as a whole. It is hereby **ORDERED AND ADJUDGED** as follows:

    1.    Final Judgment is entered in favor of Plaintiff Anna Balu, and against Defendant Costa Crociere S.p.A., in the total amount of FIVE THOUSAND FOUR HUNDRED TWENTY THREE DOLLARS AND TEN CENTS ($5,423.10), together with post-judgment interest at the current statutory rate per annum.

    2.    The Court reserves jurisdiction over any timely filed post-trial matters.

    3.    The action is now CLOSED.

    **DONE AND ORDERED** in Chambers at Miami, Florida this 2nd day of February, 2012.

    /s/ *Edwin G. Torres*
    EDWIN G. TORRES
    United States Magistrate Judge